# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00347-CV

**In re Erasmo Garcia**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator has filed a petition for writ of mandamus and a motion for temporary relief pending disposition of his mandamus petition. We grant the motion for temporary relief, pending further order of this Court, and stay execution of the order dated March 4, 2014, affirming the Texas Real Estate Commission final order to the extent that the order dissolves the Rule 11 Agreement dated March 22, 2012, as to the suspension of relator's real estate license. We request that real party in interest file a response to the mandamus petition no later than June 16, 2014. The real party in interest may also address, in either its mandamus response or a separate, earlier filing, the advisability of our continuing the temporary relief pending our resolution of the mandamus petition.

It is ordered June 3, 2014.


Before Justices Puryear, Goodwin, and Field